# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| National Center For Integrated Medicine, Llc | § | Case No. 12-43380 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $     22,294.03

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 638.08 |
| Other payments to creditors | 3,207.05 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 18,448.90 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/18/2013 and the deadline for filing governmental claims was 04/18/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,979.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,979.40 , for a total compensation of $ 2,979.40 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.92 , for total expenses of $ 14.92 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/27/2019           By: /s/Joji Takada, Chapter 7 Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-43380 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | National Center For Integrated Medicine, Llc | | | | Date Filed (f) or Converted (c): | 10/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 12/12/2012 |
| For Period Ending: | 02/27/2019 | | | | Claims Bar Date: | 04/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking / Savings Account At | 1,000.00 | 1,000.00 | | 15,000.00 | FA |
| 2. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 3. Misc. Office Equiptment | Unknown | Unknown | | 2,250.00 | FA |
| 4. Medical Equiptment, Supplies, Ect. | Unknown | Unknown | | 0.00 | FA |
| 5. Medical Scan, X-Ran And Laser Equiptment | Unknown | Unknown | | 0.00 | FA |
| 6. Fraudulent Transfer (u) | Unknown | 0.00 | | 5,000.00 | FA |
| 7. Other Litigation (u) Payment received from owner's individual chapter 7 re: proofs of claim for preference and post-petition transfers | 0.00 | 160,000.00 | | 44.03 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,000.00     $161,000.00          $22,294.03          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Reviewing financial/bank documents; Investigating salability of office equipment; Settlement discussions with principal regarding post-petition transfer.

Exhibit A

123013--Seeking court approval of settlement made with principal of debtor regarding post-petition transfers from company bank account; Continuing to investigate preferential transfers to insiders; Litigation value listed as $1.00 because actual value is speculative at this time.

-Investigating sale of certain equipment to interested purchaser. - Joji Takada 4/26/2014

Preference litigation is proceeding in related chapter 7 filing for Debtor principal.  - Joji Takada 11/30/2014

Settlement discussions pending re fraudulent transfer/preference payment litigation with principal and transferee; Trustee continues to work with accountant to clean up tax- and payroll-related issues. - Joji Takada 3/30/2015

Settlement motion filed and approved; Payment received. - Joji Takada 10/2/2015

Tax return prepared and filed; Awaiting 60 day prompt determination. - Joji Takada 10/24/2015

IRS raised issue regarding possible retirement account; Researching issue. - Joji Takada 4/24/2016

IRS raised issue regarding possible retirement account; Researching issue. - Joji Takada 7/4/2016

IRS raised issue regarding possible retirement account; Researching issue. - Joji Takada 11/2/2016

Investigating and resolving possible ERISA-plan issue. - Joji Takada 3/2/2017

Investigating and resolving possible ERISA-plan issue. - Joji Takada 6/21/2017

Investigating and resolving possible ERISA-plan issue. - Joji Takada 11/22/2017

Investigating and resolving possible ERISA-plan issue; Original company contact for ERISA plan deceased. - Joji Takada 3/28/2018

Investigating and resolving possible ERISA-plan issue; Original company contact for ERISA plan deceased. - Joji Takada 6/8/2018

TFR in process. - Joji Takada 10/16/2018

TFR submitted to UST for review. - Joji Takada 12/26/2018


Initial Projected Date of Final Report (TFR): 10/31/2014          Current Projected Date of Final Report (TFR): 06/30/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-43380  
Case Name: National Center For Integrated Medicine, Llc  
Taxpayer ID No: XX-XXX5793  
For Period Ending: 02/27/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9793  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8315 | Transfer of Funds | 9999-000 | $14,937.51 | | $14,937.51 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $14,927.51 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.04 | $14,907.47 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.16 | $14,885.31 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.42 | $14,863.89 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.10 | $14,841.79 |
| 07/06/15 | 3 | American Auction Associates | Proceeds from sale Sale of office equipment | 1129-000 | $2,250.00 | | $17,091.79 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.35 | $17,070.44 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.73 | $17,045.71 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.34 | $17,020.37 |
| 09/25/15 | 6 | Rajani Veermachaneneni | Settlement payment re fraudulent transfer litigation | 1241-000 | $5,000.00 | | $22,020.37 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.93 | $21,994.44 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.70 | $21,961.74 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.60 | $21,930.14 |

Page Subtotals: $22,187.51　$257.37

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-43380  
Case Name: National Center For Integrated Medicine, Llc  
Taxpayer ID No: XX-XXX5793  
For Period Ending: 02/27/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9793  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.60 | $21,897.54 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.56 | $21,864.98 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.41 | $21,834.57 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.46 | $21,802.11 |
| 08/03/16 | 2001 | Illinois Department of Revenue PO Box 19006 Springfield, Illinois 62794-9006 | Income Tax State of Illinois | 4800-000 | | $3,207.05 | $18,595.06 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.64 | $18,567.42 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.71 | $18,540.71 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.56 | $18,513.15 |
| 07/06/18 | 7 | Peter N Metrou Trustee | Distribution Chapter 7 payment on claim for $100,000 (preference) and $60,000 (post-petition transfers) | 1249-000 | $44.03 | | $18,557.18 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.64 | $18,530.54 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.54 | $18,503.00 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.51 | $18,475.49 |

Page Subtotals: $44.03    $3,498.68

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-43380
Case Name: National Center For Integrated Medicine, Llc
Taxpayer ID No: XX-XXX5793
For Period Ending: 02/27/2019

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9793
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.59 | $18,448.90 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $22,231.54 | $3,782.64 |
| Less: Bank Transfers/CD's | $14,937.51 | $0.00 |
| Subtotal | $7,294.03 | $3,782.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,294.03 | $3,782.64 |

Page Subtotals:    $0.00    $26.59

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-43380  
Case Name: National Center For Integrated Medicine, Llc  
Taxpayer ID No: XX-XXX5793  
For Period Ending: 02/27/2019  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8315  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/14 | 1 | Rao Kilaru | Settlement payment re post-petition transfers of debtor assets | 1129-000 | $15,000.00 | | $15,000.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.70 | $14,981.30 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.55 | $14,959.75 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.24 | $14,937.51 |
| 01/26/15 | | Transfer to Acct # xxxxxx9793 | Transfer of Funds | 9999-000 | | $14,937.51 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $14,937.51 |
| Subtotal | $15,000.00 | $62.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.00 | $62.49 |

Page Subtotals: $15,000.00    $15,000.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8315 - Checking | $15,000.00 | $62.49 | $0.00 |
| XXXXXX9793 - Checking | $7,294.03 | $3,782.64 | $18,448.90 |
|  | $22,294.03 | $3,845.13 | $18,448.90 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $22,294.03 |
| Total Gross Receipts: | $22,294.03 |

Page Subtotals:     $0.00     $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-43380  
Date: February 27, 2019  
Debtor Name: National Center For Integrated Medicine, Llc  
Claims Bar Date: 4/18/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,979.40 | $2,979.40 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $14.92 | $14.92 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | Adversary case 14-00490. (12 (Recovery of money/property - 547 preference)), (14 (Recovery of money/property - other)): Complaint by Joji Takada, not individually but as Chapter 7 trustee for National Center of Integrated Medicine, LLC against Rao U. Veeramachaneni. (Fee Deferred) | $0.00 | $350.00 | $350.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $6,041.90 | $6,041.90 |
| 7 280 5800 | Illinois Department Of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Priority | | $0.00 | $1,041.50 | $1,041.50 |
| 1 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $32,175.00 | $32,175.00 |
| 2 300 7100 | Vital Signs Solutions, Inc<br>1604 W Caton Farm Rd, Unit B<br>Lockport, Il 60441 | Unsecured | | $0.00 | $500.00 | $500.00 |
| 3 300 7100 | First Communications LLC<br>3340 W Market Street<br>Akron, OH 44333 | Unsecured | | $0.00 | $994.12 | $994.12 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-43380  
Debtor Name: National Center For Integrated Medicine, Llc  
Claims Bar Date: 4/18/2013

Date: February 27, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Us Bank Na Dba Us Bank<br>Equipment Finance<br>1310 Madrid Street<br>Marshall, Mn 56258 | Unsecured | | $0.00 | $177,641.86 | $177,641.86 |
| 6<br>300<br>7100 | Wells Fargo Practice Finance<br>A Division Of Wells Fargo<br>Bank,Na<br>2000 Powell St 4Th Floor<br>Emeryville Ca 94608 | Unsecured | | $0.00 | $88,359.16 | $88,359.16 |
| 7<br>350<br>7200 | Illinois Department Of<br>Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10Th Flr. | Unsecured | | $0.00 | $170.00 | $170.00 |
| 5<br>380<br>7400 | Navdeep S Kalsi<br>233 Justina St<br>Hinsdale Il 60521 | Unsecured | Communicated with creditor; Stated claim failed because of equity interest and understands only be paid if surplus/residual exists; Proof of interest (equity) subordinated pursuant to Section 510(b). - Joji Takada 10/11/2018 | $0.00 | $75,000.00 | $75,000.00 |
| 400<br>4800 | Illinois Department of Revenue<br>PO Box 19016<br>Springfield, Illinois 62794-9016 | Secured | | $0.00 | $3,207.05 | $3,207.05 |
| | Case Totals | | | $0.00 | $388,474.91 | $388,474.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43380
Case Name: National Center For Integrated Medicine, Llc
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 18,448.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Illinois Department of Revenue | $ 3,207.05 | $ 3,207.05 | $ 3,207.05 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 18,448.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,979.40 | $ 0.00 | $ 2,979.40 |
| Trustee Expenses: Joji Takada | $ 14.92 | $ 0.00 | $ 14.92 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 6,041.90 | $ 0.00 | $ 6,041.90 |
| Charges: US Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses $ 9,386.22

Remaining Balance $ 9,062.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,041.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Illinois Department Of Employment Security | $ 1,041.50 | $ 0.00 | $ 1,041.50 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 1,041.50 |
| Remaining Balance | | $ 8,021.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 299,670.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank, Fsb | $ 32,175.00 | $ 0.00 | $ 861.22 |
| 2 | Vital Signs Solutions, Inc | $ 500.00 | $ 0.00 | $ 13.38 |
| 3 | First Communications LLC | $ 994.12 | $ 0.00 | $ 26.61 |
| 4 | Us Bank Na Dba Us Bank Equipment Finance | $ 177,641.86 | $ 0.00 | $ 4,754.89 |
| 6 | Wells Fargo Practice Finance | $ 88,359.16 | $ 0.00 | $ 2,365.08 |

|  | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 8,021.18 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 170.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Illinois Department Of Employment Security | $ 170.00 | $ 0.00 | $ 0.00 |

|  | |
|---|---:|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 75,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | Navdeep S Kalsi | $ 75,000.00 | $ 0.00 | $ 0.00 |

|  | |
|---|---:|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |